GEORGE H. WESTBROOK, Appellant, *v.* ONONDAGA COMPANY. Respondent, et al., Defendants.

Counsel appeared June 17, 1943; decided July 20, 1943.

*Thomas J. Mangan* for appellant.
*Lewis C. Ryan* for respondent.

Appeal withdrawn on condition appellant pay respondent's disbursements; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.